U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
AUG 17 2007
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

******************************************

**UNITED STATES OF AMERICA**

v.

**Criminal Action No. 04-CR-287**
**Magistrate No. 5:04-mj-259**

**JUAN ALFONSO FERNANDEZ-JIMENEZ,**
**Defendant.**
******************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Counts <u>1 and 2</u> of Superseding Information No. 04-CR-287 and Arrest Warrant against JUAN ALFONSO FERNANDEZ-JIMENEZ, Defendant.

The reason(s) for this dismissal are (check one or more):

___ Case transferred to another District

___ Speedy Trial Act

___ Defendant's cooperation

___ Insufficient evidence at this time

_X_ Other: <u>Minimal Federal interest</u>

With respect to this dismissal, defendant (check one):

___ Consents

___ Objects

_X_ Has not been consulted

This dismissal is without prejudice.

                                      GLENN T. SUDDABY
                                      United States Attorney

By:

Ransom P. Reynolds
Assistant U.S. Attorney
Bar Roll No. 512035

Leave of court is granted for the filing of the foregoing dismissal.

Dated: August 17, 2007
Syracuse, New York

George H. Lowe
United States Magistrate Court Judge

2